# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MAREK KALUZA & MARGARET KALUZA                    Case Number: 05-77946
        9315 SHADOW LANE                        SSN-xxx-xx-2003 & xxx-xx-1895
        WONDER LAKE, IL  60097

|  |  |
|---|---|
| Case filed on: | 12/28/2005 |
| Plan Confirmed on: | 6/23/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $39,126.61          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | MAREK KALUZA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | DEUTSCHE BANK TRUST CO. | 39,519.90 | 11,344.90 | 11,344.90 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 15,212.88 | 14,740.00 | 7,878.28 | 1,304.25 |
| 008 | CREATIVE REAL ESTATE VENTURES PC | 20,458.79 | 20,458.79 | 10,261.91 | 1,752.69 |
|  | Total Secured | 75,191.57 | 46,543.69 | 29,485.09 | 3,056.94 |
|  |  |  |  |  |  |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 472.88 | 12.22 | 17.60 |
| 003 | VANGUARD DOCUMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 2,454.98 | 2,454.98 | 0.00 | 157.16 |
| 005 | CAPITAL ONE | 3,137.93 | 3,137.93 | 0.00 | 200.89 |
| 006 | CAPITAL ONE | 6,005.37 | 6,005.37 | 0.00 | 384.47 |
| 007 | CAPITAL ONE | 1,700.20 | 1,700.20 | 0.00 | 108.85 |
| 009 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 163.04 | 163.04 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 4,233.75 | 4,233.75 | 0.00 | 271.04 |
| 012 | WOODSTOCK LUMBER COMPANY | 9,792.33 | 0.00 | 0.00 | 626.91 |
|  | Total Unsecured | 27,487.60 | 18,168.15 | 12.22 | 1,766.92 |
|  |  |  |  |  |  |
|  | Grand Total: | 105,379.17 | 67,411.84 | 32,197.31 | 4,823.86 |

Total Paid Claimant:      $37,021.17
Trustee Allowance:        $2,105.44           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.07           discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

    Report Dated:

                                    /s/ Lydia S. Meyer
                                    Lydia S. Meyer, Trustee


    This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


    Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan